COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-17-00263-CV |
| Style: | Christine Cole Biederman v. Beverly Jean Brown, Individually and as Personal Representative of the Estate and Heirs of Glenn Edward Brown, Sr.; and Baron & Budd, P.C. |
| Date motion filed*: | May 16, 2017 |
| Type of motion: | Motion to Substitute Counsel |
| Party filing motion: | Appellees' Counsel Kurt Kuhn and new counsel Kevin Dubose |
| Document to be filed: | Certificate of service on appellees Beverly Jean Brown, Individually and as Personal Representative of the Estate and Heirs of Glenn Edward Brown, Sr.; and Baron & Budd, P.C. |

Is appeal accelerated?    No.

Ordered that motion is:

   ☑ Granted

       If document is to be filed, document due:  June 2, 2017.

   ☐ Denied

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☑ Other: _____

Appellees' motion to substitute new counsel Kevin Dubose is **granted** because it complies with Rule 6.5 and was signed by both original and new counsel. *See* TEX. R. APP. P. 6.5(d).  However, withdrawing counsel **Kurt Kuhn** is **ordered** to mail a copy of the motion and this order to appellees via certified and first-class mail and to file a certificate of service with this Court **within 10 days** of the date of this order. *See id.* 6.5(b), (d).  The Clerk of this Court is directed to remove Kurt Kuhn as co-counsel for appellees and substitute Kevin Dubose as their lead co-counsel of record.

Judge's signature: /s/ Evelyn V. Keyes _____

           ☑ Acting individually     ☐ Acting for the Court

Date:  May 23, 2017 _____